# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Local 589, Amalgamated Transit Union et al</u>
       Plaintiff

    V.

<u>MBTA</u>
       Defendant

CIVIL ACTION

NO. <u>16-12488-ADB</u>
<u>1:17-cv-11620-ADB</u>
<u>1:16-cv-12489-ADB</u>
<u>1:16-cv-12485-ADB</u>
<u>1:16-cv-12484-ADB</u>
<u>1:16-cv-12483-ADB</u>
<u>1:16-cv-12486-ADB</u>

## ORDER OF DISMISSAL

<u>Burroughs, D. J.</u>

    In accordance with the Court's Final Approval Order dated <u>01/25/2019</u> it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

           By the Court,

<u>1/25/2019</u>　　　　　　　　　　　<u>/s/ Christina McDonagh</u>
  Date　　　　　　　　　　　  Deputy Clerk